UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIKRI BAYRAMOGLU,<br><br>        Petitioner,<br><br>    vs.<br><br>J. D. HARLEY,<br><br>        Respondent.<br>_____/ | 1:08-cv-01517-LJO-WMW (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:   February 6, 2009**            **/s/  William M. Wunderlich**
                                         UNITED STATES MAGISTRATE JUDGE