IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FIKRI BAYRAMOGLU,                     No C-09-4648 VRW (PR)

       Petitioner,

    v                                ORDER OF DISMISSAL

J D HARTLEY, Warden

       Respondent.           (Doc #21)
_____/

       Pro se petitioner Fikri Bayramoglu, a state prisoner currently incarcerated at Chuckawalla Valley State Prison in Blythe, California, again seeks a writ of habeas corpus under 28 USC § 2254 in the form of a transfer to Turkey to serve the remainder of his state sentence pursuant to the US-Turkey Prisoner Transfer Treaty. Doc #1. Petitioner raised the same claim in a prior petition, which the court denied on the merits on the ground that California is not a party to the US-Turkey Treaty and therefore is not required to transfer him to Turkey. See Bayramoglu v Hamlet, No C 02-2553 VRW (PR) (ND Cal Feb 28, 2003).

//

A second or successive petition may not be filed in the district court unless the petitioner first obtains from the appropriate federal court of appeals an order authorizing the district court to consider the petition.  28 USC § 2244(b)(3)(A). Petitioner has not obtained an order from the Ninth Circuit authorizing this court to consider his current petition. Accordingly, the petition is DISMISSED without prejudice subject to refiling if petitioner obtains the necessary order.

The clerk shall terminate any pending motions as moot and close the file.

IT IS SO ORDERED.

**VAUGHN R WALKER**
**United States District Chief Judge**

G:\PRO-SE\VRW\HC.09\Bayramoglu-09-4648-dismiss as successive.wpd

**2**